## W. B. SCARBOROUGH v. MYRON N. MYRICK.

FILED SEPTEMBER 16, 1896. No. 6243.

Rehearing: CORRECTION OF TRANSCRIPT: REVIEW.

REHEARING of case reported in 47 Neb., 794.

*F. C. Power*, for plaintiff in error.

*George B. France*, contra.

Post, C. J.

The irregularity in the notice of the commencement of this cause in the district court, upon which was based a former judgment of reversal (*Scarborough v. Myrick*, 47 Neb., 794), being shown by the amended transcript to have resulted from an error in the transcribing of the proceedings below, and the other questions presented having on the former hearing been resolved in favor of the defendant in error, the judgment of the district court will be

AFFIRMED.